**Dated: July 16, 2014,  01:23 PM**

**The following is ORDERED:**



*Sarah A Hall*
Sarah A Hall
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | ) |
| | ) |
| MICHAEL L. SMITH, | )  Case No. 14-11791-SAH |
| | )  Chapter 7 |
| Debtor. | ) |

### ORDER AND NOTICE OF DEFICIENCY ON REAFFIRMATION AGREEMENT

     A document was filed in this case on July 15, 2014 [Doc. No. 11] purporting to be a reaffirmation agreement between the debtor and FreedomRoad Financial.  However, the document contains the following deficiencies:

___    The document does not conform with Official Form B240A (the "Reaffirmation Agreement").

____    The Reaffirmation Agreement Cover Sheet, Official Form B27, has not been completed and filed.

____    The Reaffirmation Agreement and the Reaffirmation Agreement Cover Sheet contain inconsistent information.

 X    The Reaffirmation Agreement Cover Sheet is incomplete:

      X    Paragraph 4 of the Reaffirmation Agreement Cover Sheet has not been completed in full.  The specific amount of months has been omitted from the repayment terms.

    ____    Paragraph 6 of the Reaffirmation Agreement Cover Sheet has been marked "yes" or has been left blank and must be completed. If marked "yes," a declaration setting forth the nature of the debt and the basis for the contention that the debt is nondischargeable must be attached.

    ____    The Reaffirmation Agreement Cover Sheet does not comply with Fed.R.Bankr.P. 4008, which requires an explanation if there is a difference between the total income and total expenses on Schedules I and J and the statement required under 11 U.S.C. § 524(k).

    ____    The total on line 10B of the Reaffirmation Agreement Cover Sheet is less than zero but the appropriate box has not been marked under "Other Information."

    ____    The certifications regarding representation of the debtor by counsel must be completed.

____    The Reaffirmation Agreement has not been signed the creditor.

____    The Reaffirmation Agreement has not been signed by the debtor(s).

_X_    The Reaffirmation Agreement is incomplete:

    ____    "Presumption of Undue Hardship" or "No Presumption of Undue Hardship" box is not marked on page 1.

    _X_    Part I.G of the Reaffirmation Agreement has not been completed in full.

    ____    Part II of the Reaffirmation Agreement has not been completed in full.

    ____    Part II.C. of the Reaffirmation Agreement has not been completed in full.

    ____    Part II.C.2 explanation is insufficient to overcome the presumption of undue hardship.

    ____    Part II.D. of the Reaffirmation Agreement has not been completed in full.

    ____    Part III of the Reaffirmation Agreement has not been completed in full.

    ____    Part IV of the Reaffirmation Agreement has not been completed in full.

____    The Reaffirmation Agreement was filed more than 60 days after the first date set for the meeting of creditors, and no extension was timely sought by motion or otherwise.

____   The case is closed.

____   Additional deficiencies or matters needing clarification: _____
_____
_____
_____

**IMPORTANT**

**FAILURE TO AMEND THE REAFFIRMATION AGREEMENT AND THE REAFFIRMATION AGREEMENT COVER SHEET ON OR BEFORE *July 30, 2014*,, WILL RESULT IN ENTRY OF AN ORDER DISAPPROVING THE REAFFIRMATION AGREEMENT. IF YOU AMEND THE REAFFIRMATION AGREEMENT AND/OR THE REAFFIRMATION AGREEMENT COVER SHEET, YOU MUST MARK IT AS "AMENDED" AND REFILE THE AMENDED REAFFIRMATION AGREEMENT AND THE AMENDED REAFFIRMATION AGREEMENT COVER SHEET IN THEIR ENTIRETY.**

IT IS SO ORDERED.

\#   \#   \#